CRAIG A. BURNETT, ESQ. ID. #118907
LAW OFFICES OF C. BURNETT
537 FOURTH STREET, SUITE A
SANTA ROSA, CALIFORNIA 95401
Telephone: (707) 523-3328
Fax: (707) 523-3082
Email: Cburnett@nomoredebt.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | Case No. 17-10509 DM12 |
| | Chapter 12 |
| PATRICK MERRITT VINATIERI, | APPLICATION FOR APPROVAL OF |
| dba VINATIERI VINEYEARDS, | ATTORNEY'S FEES |
| | Date: N/A |
| | Time: N/A |
| | Place: U.S. Bankruptcy Court |
| SSN: xxx-xx-5201, | 99 South E Street |
| **Debtor(s).** | Santa Rosa, CA 95404 |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

1. Applicant, Craig A. Burnett, attorney for Debtor, PATRICK VINATIERI, requests approval of attorney's fees in the sum of $12,000.00, pursuant to the attorney's fees disclosure statement, and the Debtor's Fourth Amended Plan, which was confirmed by the Court on November 14, 2018. Of the sum requested, the amount of $6,000.00 has been previously paid to Debtor's attorney.

2. No agreement or understanding of any kind exists between the Applicant and any other person regarding the sharing of any compensation received or to be received. No payments have been made or promised to Applicant for services rendered in this case, except as indicated herein. Compensation expense reimbursement is billed at rates no less favorable than those customarily charged by Applicant and generally accepted by Applicant's clients. Debtor is aware that this application for fees is being made.

3. This application is made on a flat fee basis. Applicant understands that all fees are subject to Court approval, whether paid in advance or through the plan.

Date: 11/14/18                                      */s/ Craig A. Burnett*
                                                    Creaig A. Burnett, Attorney for Debtor