

DAVID BURCHARD
CHAPTER 12 TRUSTEE
P.O. BOX 4862
FOSTER CITY, CA 94404
TELEPHONE (650) 638-1250
FAX (650) 638- 1219

Signed and Filed: December 6, 2018

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

PATRICK MERRITT VINATIERI

Debtor

Case No.: 17-10509 DM

Chapter 12

## ORDER CONFIRMING CHAPTER 12 PLAN

After a hearing on November 14, 2018, and it appearing that the Chapter 12 Plan in this case meets the requirements of 11 U.S.C. § 1225(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Plan dated October 25, 2018 is confirmed.

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1) The first payment under the plan shall be due by December 20, 2018. All future payments will be due by the 20th of each month. Disbursements by the Chapter 12 Trustee shall commence with the December 2018 disbursement and shall continue through November 2023.

2) With regards to the Class 1 claim of Wells Fargo Bank, NA: Section 5.01 shall reflect the following additional language: If the holder of the Class 1 claim files a notice of payment change with the court, either for the ongoing principal and interest payment and/or the escrow payment for property taxes and insurance, the debtor shall adjust his plan payment accordingly, without modification to the plan. The Trustee's disbursement to Wells Fargo Bank, NA shall also be adjusted accordingly.

3) With regards to the Class 2 claim of Holm Family Trust: Section 2.02 of the plan shall be replaced with the following: The Allowed Secured Claim of Holm Family Trust in the amount of $476,590.88 secured by a Second Deed of Trust on Debtor's real property.

Approved as to form and content:

/s/ CRAIG A BURNETT 12/4/18
CRAIG A. BURNETT
Attorney for Debtor

/s/ MICHAEL C. FALLON 12/4/18
MICHAEL C. FALLON
Attorney for Secured Creditor, Holm Family Trust

/s/ DANE W. EXNOWSKI
DANE W. EXNOWSKI
Attorney for Secured Creditor, Wells Fargo Bank, N.A.

COURT SERVICE LIST

Case: 17-10509    Doc# 44    Filed: 12/06/18    Entered: 12/07/18 14:12:14    Page 3 of 3