**Entered on Docket**
**December 07, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  CRAIG A. BURNETT, ESQ. ID. #118907
   LAW OFFICES OF C. BURNETT
2  537 FOURTH STREET, SUITE A
   SANTA ROSA, CALIFORNIA 95401
3  Telephone: (707) 523-3328
   Fax: (707) 523-3082
4  Email: cburnett@nomoredebt.com

5  Attorney for Debtor(s)

Signed and Filed: December 7, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** ) | Case No. 17-10509 DM12 |
| ) | Chapter 12 |
| PATRICK MERRITT VINATIERI, ) | ORDER APPROVING FEE APPLICATION |
| dba VINATIERI VINEYEARDS, ) | OF COUNSEL FOR DEBTOR |
| ) | |
| ) | Date: N/A |
| ) | Time: N/A |
| SSN: xxx-xx-5201, ) | Place: U.S. Bankruptcy Court |
| ) | 99 South E Street |
| **Debtor(s).** ) | Santa Rosa, CA 95404 |

UPON CONSIDERATION of the application for fees filed by debtor's counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that fees in the sum of $12,000.00, of which $6,000.00 was paid prior to filing, for services rendered by counsel for debtor with respect to representation of debtor through confirmation of debtor's plan, are approved and allowed.

IT IS FURTHER ORDERED that the fees and costs totaling $6,000.00 shall be paid to debtor's counsel by the Chapter 12 Trustee, David Burchard, as an administrative expense under the confirmed Chapter 12 Plan.

**END OF ORDER**

COURT SERVICE LIST