DAVID BURCHARD
CHAPTER 12 TRUSTEE
P.O. BOX 4862
FOSTER CITY, CA 94404
(650) 638-1250  FAX: 650-345-1514

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   PATRICK MERRITT VINATIERI
   P.O. BOX 3330
   YOUNTVILLE, CA 94599
                 Debtor(s)

Chapter 12
Case No:  17-10509 DM
Date:     September 3, 2019
Time:    1:20 PM
Ctrm:    99 SOUTH E STREET
          SANTA ROSA, CA 95404-6517

MOTION OF CHAPTER 12 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. SECTION 1208(c)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD HEREIN:

The Chapter 12 Trustee, DAVID BURCHARD, moves the court for an order, pursuant to 11 U.S.C. Section 1208(c) dismissing this case for cause in that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 12 Plan.

1. This court has jurisdiction over this matter pursuant to 11 U.S.C. Section 1208(c), Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. Section 157(b)(2)(A).

2. This motion is made for cause pursuant to 11 U.S.C. Section 1208(c) on grounds that the Debtor(s) failed to make plan payments as described in Debtor(s)' confirmed Chapter 12 Plan. In order for this Motion to Dismiss to be withdrawn, Debtor(s) must cure this delinquency **AND** make all subsequent monthly payments that are due. This motion is based upon all documents, records on file, together with this Notice of Motion, Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. An Order Confirming Plan was entered 12/07/2018.

4. The Debtor(s) current monthly payment is $18,102.00.

5. Pursuant to the Debtor(s)' confirmed plan, to be current through June 2019 the Debtor(s) should have paid the Trustee $126,688.00.

6. As of the date hereof, the Debtor(s) has paid $108,586.00.

7. Therefore, the default as of June 2019, is $18,102.00.

8. This default amount may increase by future payments due, after this Motion to Dismiss is filed.

9. The cause to dismiss this case exists because the Debtor(s) has failed to make payments as described in the debtor(s)' confirmed Chapter 12 Plan and the Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 12 case, you or your attorney may appear at the hearing on this motion and present argument in opposition to this motion.

Dated:     July 23, 2019                                       David Burchard
                                                                      David Burchard, Chapter 12 Trustee

DAVID BURCHARD
CHAPTER 12 TRUSTEE
P.O. BOX 4862
FOSTER CITY, CA 94404
(650) 638-1250 FAX (650) 638-1219

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PATRICK MERRITT VINATIERI
P.O. BOX 3330
YOUNTVILLE, CA 94599

Debtor(s)

Chapter 12
Case No: 17-10509 DM
Date: September 3, 2019
Time: 1:20 PM
Ctrm: 99 SOUTH E STREET
SANTA ROSA, CA 95404-6517

DECLARATION IN SUPPORT OF CHAPTER 12 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE UNDER
11 U.S.C. SECTION 1208(c) and CERTIFICATE OF SERVICE

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct. If called upon as a witness, I could, and would, competently testify to the fact contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. An Order Confirming Plan was entered 12/07/2018.

2. The Debtor(s) monthly payment is $18,102.00.

3. Pursuant to the Debtor(s)' confirmed plan, to be current through June 2019 the Debtor(s) should have paid the Trustee $126,688.00.

4. As of the date hereof, the Debtor(s) have paid $108,586.00.

5. Therefore, the default as of June 2019 is $18,102.00.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 23, 2019, in Foster City, California.

Dated: July 23, 2019

David Burchard
David Burchard, Chapter 12 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Notice of Hearing on Motion of Chapter 12 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. Section 1208(c)** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    SEE ATTATCHED

The following recipients have been served via Court's Notice of Electronic Filing:

    CRAIG A. BURNETT
    cburnett@nomoredebt.com


Dated:    July 23, 2019                                   APRIL LEONHARDT
                                                                                APRIL LEONHARDT

```
Label Matrix for local noticing        David Burchard (crossed out)           Craig A. Burnett
0971-1                                 P.O. Box 8059                          Law Offices of Craig A. Burnett
Case 17-10509                          Foster City, CA 94404-8059             250 D St. #206
Northern District of California                                               Santa Rosa, CA 95404-4773
Santa Rosa
Tue Jul 23 10:08:43 PDT 2019

CA Employment Development Dept.        CA Franchise Tax Board                 Chase
Bankruptcy Group MIC 92E               Bankruptcy Group                       P.O. Box 24696
P.O. Box 826880                        P.O. Box 2952                          Columbus, OH 43224-0696
Sacramento, CA 94280-0001              Sacramento, CA 95812-2952


Chase                                  Chase Receivables                      Dane Wyatt Exnowski
P.O. Box 94014                         1247 Broadway                          McCalla Raymer Leibert Pierce, LLP
Palatine, IL 60094-4014                Sonoma, CA 95476-7503                  301 E Ocean Blvd. #1720
                                                                              Long Beach, CA 90802-8813


Michael C. Fallon                      Ford Motor Credit                      Michelle R. Ghidotti-Gonsalves
Law Offices of Michael C. Fallon       P.O. Box 64409                         Law Offices of Michelle R. Ghidotti
100 E St. #219                         Colorado Springs, CO 80962-4409        5120 E La Palma Ave. #206
Santa Rosa, CA 95404-4606                                                     Anaheim Hills, CA 92807-2091


Holm Family Trust                      Holm Family Trust                      IRS
c/o Michael C. Fallon                  c/o Michael Voorhees                   P.O. Box 7346
100 E St., #219                        2841 Cleveland Ave., #1                Philadelphia, PA 19101-7346
Santa Rosa, CA 95404-4606              P.O. Box 11505
                                       Santa Rosa, CA 95406-1505


Internal Revenue Service               Office of the U.S. Trustee / SR        Rachel Vinateri
P.O. Box 7346                          Office of the United States Trustee    2840 Octavia Street
Philadelphia, PA 19101-7346            Phillip J. Burton Federal Building     San Francisco, CA 94123-4318
                                       450 Golden Gate Ave. 5th Fl., #05-0153
                                       San Francisco, CA 94102-3661


Rachel Vinatieri                       (p)SN SERVICING CORPORATION            Spelletich Cellars
2840 Octavia Street                    323 FIFTH ST                           425 Gateway Road West
San Francisco, CA 94123-4318           EUREKA CA 95501-0305                   Napa, CA 94558-7582


U.S. Attorney                          US Bank Trust NA                       Patrick Merritt Vinatieri
Civil Division                         C/O SN Servicing Corporation           P.O. Box 3330
450 Golden Gate Ave.                   323 5th Street                         Yountville, CA 94599-3330
San Francisco, CA 94102-3661           Eureka, CA 95501-0305


WELLS FARGO BANK, N.A.                 Wachovia Mortgage/Wells Fargo Bank     Wells Fargo
C/O Buckley Madole, P.C.               P.O. Box 659558                        P.O. Box 60510
301 E. Ocean Blvd, Suite 1720          San Antonio, TX 78265                  Los Angeles, CA 90060-0510
Long Beach, CA 90802-8813


Wells Fargo Bank, N.A., as Servicer
Default Document Processing N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)US Bank Trust NA

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28