Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.,

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 14791.43

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 7 3

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment Change due to court order via case docket entry 42

   Current mortgage payment: $ 9901.83    New mortgage payment: $ 14791.43

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/William Paul Barrett                      Date 12/21/2018
Signature

Print: BARRETT,WILLIAM PAUL                    VP Loan Documentation
      First Name  Middle Name  Last Name       Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number       Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN    55121-7700
         City                     State  ZIP Code

Contact phone  800-274-7025          NoticeOfPaymentChangeInquiries@wellsfargo.com
                                      Email

# UNITED STATES BANKRUPTCY COURT

Northern District of California

Chapter 12 No. 17-10509
Judge: Dennis Montali

In re:

Patrick Merritt Vinatieri

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 24, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid

Patrick Merritt Vinatieri
P.O. Box 3330

Yountville CA 94599

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid

Craig A. Burnett
Law Offices of Craig A. Burnett
537 4th St. #A

Santa Rosa CA 95401

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid

David Burchard
Chapter 13 Trustee
P.O. Box 8059

Foster City CA 94404

/s/William Paul Barrett
VP Loan Documentation
Wells Fargo Bank